UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WESTPORT INSURANCE CORPORATION,

                     Plaintiff,                  Case No. 07 Civ. 6726 (SHS) (RLE)

      -against-

PATRICIA HENNESSEY, ESQ., and COHEN,      **NOTICE OF APPEARANCE**
HENNESSEY, BIENSTOCK & RABIN, P.C.
f/k/a COHEN, HENNESSEY, BIENSTOCK, P.C.,

                    Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Fried & Epstein LLP hereby enters an appearance in this action as attorneys for Defendants.

Dated: New York, New York
       August 24, 2007

                                               FRIED & EPSTEIN LLP

                                               By_____
                                                 John W. Fried (JF2667)

                                             1350 Broadway, Suite 1400
                                             New York, New York 10018
                                             (212) 268-7111

                                             *Attorneys for Defendants*