

**FRIED & EPSTEIN LLP**
*Attorneys and Counsellors at Law*

johnwfried@fried-epstein.com

Herald Square Building
1350 Broadway, Suite 1400
New York, NY 10018
212.268.7111
Fax: 212.268.3110

DATE FILED: 9/4/07

August 24, 2007

By Telecopier (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

RECEIVED
AUG 24 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re:  Westport Insurance Corporation v. Patricia
     Hennessey, Esq. and Cohen, Hennessey,
     Bienstock & Rabin, P.C. f/k/a Cohen Hennessey
     & Bienstock, P.C., 07 Civ. 6726 (SHS) (RLE)

Dear Judge Stein:

We represent Defendants in this matter.

I write to request that the Rule 16 conference be adjourned from September 14, 2007 to October 12, 2007, due to a combination of scheduling conflicts and Jewish holidays. The order scheduling the conference is attached. This is the first request for an extension of time. Plaintiff's counsel, Mark K. Anesh, does not oppose this request, and he has approved the proposed date for the conference.

*[Handwritten: 8/27/07 Rule 16 conf adjrnd from Sept 14 to October 11 at 10 A.M. So ordered. /s/ SHS USDJ]*

Respectfully,

John W. Fried

JWF:mb
Encl.

cc:  Mark K. Anesh, Esq. By Telecopier

New York, NY • Philadelphia, PA
www.fried-epstein.com