# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000, ext. 2517   Fax: (212) 490-3038

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
*Affiliate Offices:* Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden

www.wemed.com

*Mark K. Anesh, Esq.*
*A Member of the Firm*
(212) 490-3000, ext. 2517

Email address
aneshm@wemed.com

August 1, 2007

Fried & Epstein LLP
1350 Broadway, Suite 1400
New York, New York 10018

**Attention:**   **John W. Fried, Esq.**

**Re:** *Westport Insurance Corporation v. Patricia Hennessey, Esq., and Cohen, Hennessey, Bienstock & Rabin, P.C. f/k/a Cohen, Hennessey, Bienstock, P.C.,*
   **Case No.:**   07 CIV 6726
   **Our File No.:**   05302.00249

Dear Mr. Fried:

This letter shall serve to confirm that you represent the above referenced defendants, and that you have agreed to accept service of the within Summonses, Rule 7.1 Disclosure Statements, and Complaints on your clients behalf.

We kindly request that you acknowledge your authority to accept service of the aforesaid papers by signing this letter in the space provided below, and returning it along with the acknowledged summonses to our office so that we may file them with the court.

2902319.1

Thank you for your anticipated cooperation in this regard.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*[signature]*

Mark K. Anesh

jRW
Enclosures

ACKNOWLEDGED AND AGREED:

*[signature]*

John W. Fried, Esq.
On Behalf of Defendants
Patricia Hennessey, Esq., and
Cohen, Hennessey, Bienstock & Rabin, P.C.
f/k/a Cohen, Hennessey, Bienstock, P.C.,
Dated: 8/14/2007

2902319.1

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Westport Insurance Corporation

V.

Patricia Hennessey, Esq., and Cohen, Hennessey, Bienstock & Rabin, P.C., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



07 CIV 6726

JUDGE STEIN

TO: (Name and address of Defendant)

Cohen, Hennessey, Bienstock & Rabin, P.C.
f/k/a Cohen, Hennessey, Bienstock, P.C.
11 West 42nd Street, 19th Floor
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JUL 2 6 2007

CLERK _____        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

Service acknowledged on August 4, 2007
by S.W. Fried, attorney for Defendants.

[signature] S.W. Fried
(SF2667)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.