USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESTPORT INSURANCE CORPORATION,   :   07 Civ. 6726 (SHS)

           Plaintiff,   :

    -against-   :   ORDER

PATRICIA HENNESSEY, *ET AL.*,   :

           Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for summary judgment is due by November 9, 2007;

    2.    Defendants' response to plaintiff's summary judgment motion and its cross motion for summary judgment, if any, are due by November 30, 2007;

    3.    Plaintiff's reply to its motion and their response to defendants' cross motion, if any, are due by December 21, 2007;

    4.    Defendants' reply to their summary judgment motion is due by January 11, 2008; and

    5.    If plaintiff does not move for summary judgment the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       October 11, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.