B

**Erc Specialty Claims (GE ERC)**

| | |
|---|---|
| From: | Faxination [Faxination@erckan.fax] |
| Sent: | Wednesday, July 26, 2006 2:27 PM |
| To: | Erc Specialty Claims (GE ERC) |
| Subject: | Fax received (4p) from:'9739944882' on ID:6890 |



00028232000.tif

Description: Incoming Fax:

Explanation:
Sent to:'6890' CSID:9739944882 (0)

Items received: 4
Duration: 44 seconds   Transmission speed: 26400 baud
Gateway ID: 0   Job Reference: 00028231

## Brian - I'll send over the policy specs via email, I'm in that system already. Thank you. dmg

## Jared - see above, I will send policy to you, sent this to Brian first but then handed him a FL matter instead. Let me know if you need anything. dmg

# LAWYERS

## UNDERWRITING SERVICES



P.O. Box 29179 • Shawnee Mission, Kansas 66201 • Fax 1.800.844-7420 • ercaffinitymail@ge.com

| ADDRESSEE | PHONE | TODAY'S DATE |
|---|---|---|
| TO: **CLAIMS** | ( ) – | 07 / 26 / 2006 |
| SENDER | PHONE | NEED-BY DATE |
| FROM: Lisa Mancino | (973) 994 – 4881 | / / |
| SENDER | | EFFECTIVE DATE |
| E-ADDRESS: Lisa@RatnerAssociates.com | | 03 / 14 / 2006 |
| | | INSURED STATE |
| SAN / SUBMISSION ID / POLICY NO.: NRL-004960-8 | | NY |
| | | TOTAL PAGE COUNT (INCLUDING THIS FORM) 4 |
| APPLICANT / NAMED INSURED: Cohen Hennessey & Bienstock & Rab | | |

## PIF

**DOCUMENT TYPE**
PLEASE SELECT ONLY ONE BOX BELOW

- ☐ Address Change
- ☐ Limits Change
- ☐ Additional Insured Add / Delete
- ☐ Loss Control Documentation
- ☐ Attorney Add / Delete
- ☐ Loss Run
- ☐ Application Westport
- ☐ Name Change
- ☐ Application Competitor
- ☐ Non-Renewal Notice
- ☐ Binder
- ☐ Policy
- ☐ Broker of Record Request
- ☐ Premium Finance Notice
- ☐ Certificate of Insurance
- ☐ Quotation
- ☐ Conditional Non-Renewal
- ☐ Rating / Evaluation Worksheet
- ☐ Correspondence
- ☐ Registered / Certified Mail (RCM) Return Receipt
- ☐ Deductible Change
- ☐ Underlying Policy Excess
- ☐ Extended Reporting Period – ERP / NPERP
- ☐ Update / Warranty Letter
- ☐ Extension of Policy Period
- ☐ Other _____
- ☐ E-Board Presentation

**TRANSACTION TYPE**
PLEASE SELECT THE BOX BELOW

- ☒ Put In File (PIF)

## PROCESS

**DOCUMENT TYPE**
PLEASE SELECT ONLY ONE BOX BELOW

- ☐ Additional Information
- ☐ Certificate of Reinsurance
- ☐ Loss Run Request
- ☐ Application Westport
- ☒ Claim Report
- ☐ Premium Finance Request
- ☐ Application Competitor
- ☐ Correction Request
- ☐ Rating / Evaluation Worksheet
- ☐ Billing & Collection Change Request
- ☐ Correspondence
- ☐ Request to Issue
- ☐ Broker of Record Request
- ☐ Endorsement Request
- ☐ Underlying Policy Excess
- ☐ Cancellation Request
- ☐ Financial Report
- ☐ Update / Warranty Letter

**TRANSACTION TYPE**
PLEASE SELECT ONLY ONE BOX BELOW

- ☐ Accounting Change
- ☐ Deductible Change
- ☐ Name Change
- ☐ Additional Insured Add / Delete
- ☐ Excess Coverage
- ☐ New Business Request to Issue
- ☐ Address Change
- ☐ Extended Reporting Period – ERP / NPERP
- ☐ New Business Submission
- ☐ Attorney Add / Delete
- ☐ Extension of Policy Period
- ☐ New Business Submission – Requires Application Entry
- ☐ Broker of Record Request
- ☐ Facultative Reinsurance Underwriter Review
- ☐ Reinstatement Request
- ☐ Cancel by Company
- ☐ Limits Change
- ☐ Renewal Business Request to Issue
- ☐ Cancel by Insured or by Premium Finance Co.
- ☐ Loss Run Request Report
- ☐ Renewal Business Submission
- ☐ Correction
- ☐ Midsize Law Firm Issuance
- ☐ Renewal Business Submission – Requires Application Entry

**SUBJECT**
IF APPLICABLE – PLEASE SELECT ONLY ONE BOX BELOW

- ☐ Additional Information Request
- ☐ Cancel / Rewrite
- ☐ Death Certificate
- ☐ Declination
- ☐ Non-Binding Indication "Ballpark"
- ☐ Referral Response

**COMMENTS** claims department – potential claim

Lawyers Transmittal Form
BDL Rev. 13
06/25/2004

07/26/2006 14:59 FAX                                                              ☑001

# COHEN HENNESSEY BIENSTOCK & RABIN P.C.
## Attorneys At Law
11 West 42nd Street, 19th Floor
New York, New York 10036-8002
(212) 575-0007
Fax (212) 764-3925/21

### TELECOMMUNICATION LETTER

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME: Laura Sundquist

LOCATION: _____

FAX NUMBER: 973 994 4882

FROM: Pat Hennessey

DOCUMENT(S) SENT: _____

TOTAL NUMBER OF PAGES: _____ INCLUDING COVER LETTER

DATE: 7/26/06           TIME: _____

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE.

For Westport Ins Co

**PLEASE DELIVER IMMEDIATELY**

TELECOMMUNICATOR: _____

TELEPHONE NUMBER:   (212) 575-0007

CLIENT/MATTER NUMBER: 30900.001

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

RATNER ASSOCIATES

JUL 2 6 2006

07/26/2006 14:59 FAX                                                                                          ☒002


Certified Mail

LAW OFFICES OF
**PAUL I. MARX**
THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

PAUL I. MARX*
*MEMBER NY & NJ BAR

(914) 949-4760
FACSIMILE (914) 949-4141

ELIOT M. SCHUMAN
OF COUNSEL

**SENT VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND REGULAR MAIL**

June 29, 2006

Patricia Hennessey, Esq.
Cohen Hennessey & Bienstock, P.C.
11 West 42nd Street, 19th Floor
New York, NY 10036

Dear Ms. Hennessey:

    This is to advise you that we represent Jayne Asher, a former client of yours, who sustained damages and monetary loss as a result of legal malpractice committed by your firm.

    Specifically, our client was damaged by reason of your firm's failure, in the course of representing her in connection with a divorce action against her ex-husband, to timely exercise rights of election with respect to a term insurance policy on the life of her ex-husband with a death benefit in the amount of $1,000,000.00, and a variable insurance policy on the life of her ex-husband, also with a death benefit in the amount of $1,000,000.00. As a result thereof, our client lost the value of her right to assume the term policy and retain ownership of the variable policy, both of which were options given to her pursuant to the Stipulation which settled the divorce action.

    As you know, because of your failure to preserve her rights under the Stipulation, the First Department of the Appellate Division of the Supreme Court of the State of New York determined (in its decision dated February 24, 2004) that Ms. Asher waived her rights of election under the Stipulation and thus lost the benefit of such insurance policies.

RATNER ASSOCIATES
JUL 26 2006

07/26/2006 15:00 FAX                                                                                                 ☒003

Patricia Hennessey, Esq.
Cohen Hennessey & Bienstock, P.C.
Re:  Jayne Asher
Page Two
June 29, 2006

    Please be certain to give notice of this claim to any and all professional liability insurance carriers that have issued legal malpractice policies to your firm which maybe applicable to and available to satisfy our client's claims herein, and advise us of the name and address of said carrier(s), as well as the policy number(s) of such policies. Please direct all further communications relating to this matter to our office.

    If you wish to discuss this matter in order to avoid litigation, please feel free to contact me.

Very truly yours,

Paul I. Marx

PIM/eh

RATNER ASSOCIATES
JUN 2 6 2006