

Case 1:07-cv-06726-SHS     Document 14-4     Filed 11/13/2007     Page 1 of 3



Jared R. Anderson, J.D.
Legal Malpractice Group
Claims Specialist

Pat Hennessey
Cohen, Hennessey, Bienstock & Rabin, P.C.
11 West 42nd St, 19th Floor
New York, NY 10036

**Commercial Insurance**
Westport Insurance Corporation
5200 Metcalf
P.O. Box 29221
Overland Park, KS 66201

**VIA FACSIMILE Only – 1-212-764-3925**

Telephone 913.676.5324
Fax 877.880.1590
www.swissre.com

Re: Claim No: 616514
    Insured: Cohen, Hennessey, Bienstock & Rabin, P.C.
    Policy No: NRL004960
    Claimant: Jayne Asher

Overland Park
August 11, 2006

Dear Ms. Hennessey:

This will acknowledge our receipt of information concerning the recent report of a potential claim against your firm. These materials were received in our office via facsimile on or about July 26, 2006. This will also confirm our telephone conference of July 28, 2006.

As you know, Westport Insurance Corporation issued a Lawyers Professional Liability Insurance Policy to Cohen, Hennessey, Bienstock & Rabin, P.C. under Policy No. NRL004960 with effective dates from 3/14/2006 to 3/14/2007. This is a claims made and reported policy with liability limits of $2,000,000 per claim and $2,000,000 in the aggregate for the policy period. The policy also contains a $10,000 deductible. The limits of liability are excess of the deductible. The claims expenses reduce your limits of liability up to 50%. In addition, 50% of your deductible is applicable to claims expenses with the remaining 50% being paid toward LOSS.

It is my understanding that this claim arises from your representation of Ms. Asher in a recent divorce proceeding. Ms. Asher's attorney is alleging that you were negligent in failing to timely exercise her right of election to the life insurance policy and variable policy. As such, it is claimant's position that she has sustained damages as a result of your alleged negligence. This will also confirm that you have placed claimant's attorney on notice that you have reported the matter to your carrier and provided them with my name and contact information as well. I will keep you advised of the communication that I have with claimant's attorney should he call. If I have not heard from him in the near future, I will also reach out to him to discuss the matter further.

We are not aware of coverage issues at this time. This letter is not intended to waive or invalidate any coverage defenses that we may have. **Please direct all communication to me via said fax number listed above. If sent via facsimile, there is no need to follow up with a hard copy. Please be sure to reference the above claim number on all communication.**

Sincerely,

Very truly yours,


Jared Anderson, J.D.
Claims Specialist – Lawyers Group
Westport Insurance Corporation
913-676-5324, telephone
877-880-1590, fax