> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WESTPORT INSURANCE CORPORATION,

                Plaintiff,

-against-

PATRICIA HENNESSEY, ESQ., and COHEN,
HENNESSEY, BIENSTOCK & RABIN, P.C.
f/k/a COHEN, HENNESSEY, BIENSTOCK, P.C.,

                Defendants.
-----------------------------------------------------------x

Case No. 07 Civ. 6726 (SHS) (RLE)

**REVISED SCHEDULING ORDER**

SIDNEY H. STEIN, U.S. District Judge

    Upon Defendants' application, which Plaintiff does not oppose,

    IT IS HEREBY ORDERED that the Summary Judgment Scheduling Order, dated October 11, 2007, is revised as follows:

    1. Defendants' response to Plaintiff's summary judgment motion, and Defendants' cross-motion for summary judgment, if any, are due by December 7, 2007;

    2. Plaintiff's reply to its motion and its response to Defendants' cross-motion, if any, are due by December 28, 2007;

    3. Defendants' reply to their cross-motion is due by January 15, 2008.

Dated: New York, New York
       November 20, 2007

SO ORDERED:

_/s/ Sidney H. Stein_
Sidney H. Stein, U.S.D.J.