# EXHIBIT 2

Feb 9, 2003

Dear Pat,

received
2-12-03

Enclosed please find my check for $70,000 payment for final bill owed to your firm.

I am glad that this difficult chapter of my life is over and through your excellent legal services I can now move on to the next chapter of my life.

I also appreciate your friendship throughout and hope we remain friends in the years to come.

Fondly,

Jayne