UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WESTPORT INSURANCE CORPORATION, :
 :
      Plaintiff, : Case No. 07 Civ. 6726 (SHS) (RLE)
 :
   -*against*- :
 :
PATRICIA HENNESSEY, ESQ., and COHEN, : **NOTICE OF MOTION FOR**
HENNESSEY, BIENSTOCK & RABIN, P.C. : <u>**PARTIAL SUMMARY JUDGMENT**</u>
f/k/a COHEN, HENNESSEY, BIENSTOCK, P.C., :
 :
      Defendants. :
-----------------------------------------------------------------x

   PLEASE TAKE NOTICE that, upon the declaration of John W. Fried, dated

December 7, 2007, the affidavit of Patricia Hennessey, sworn to on November 20, 2007,

the affidavit of Harriet Newman Cohen, sworn to on December 6, 2007, Defendants'

Local Rule 56.1 Statement of Undisputed Facts, Defendants' Memorandum of Law in

Support of Partial Summary Judgment, dated December 7, 2007, and upon all prior

pleadings, filings, and proceedings had herein, Defendants hereby move this Court,

pursuant to Rule 56 of the Federal Rules of Civil Procedure, at the United States

Courthouse, 500 Pearl Street, New York, NY 10007, for partial summary judgment on

Defendants' First, Second, and Fourth Counterclaims by (A) declaring that Plaintiff is

obligated under its insurance policy to defend and to pay for Defendants' legal defense of

an action entitled *Jayne Asher v. Patricia Hennessey, Esq., et al.*, Index No. 1361/2007

(Supreme Court, Westchester County) ("Asher Action"), (B) awarding Defendants

damages, measured by the sum of money that they have paid and will pay to Snow

Becker Krauss P.C. and McCarthy Fingar LLP, their attorneys in the Asher Action, based

on Plaintiff having breached its insurance policy by disclaiming its duty to defend, (C)

awarding Defendants damages, measured by the sum of money that they have paid and

will pay to Fried & Epstein LLP to defend this declaratory judgment action, because

Westport commenced this action "in an effort to free itself from its policy obligations,"

and, if that partial summary judgment is granted, for a dismissal without prejudice of

Plaintiff's action or, in the alternative, for a stay of this action until after the final

adjudication of the Asher Action, and for such other and further relief as the Court deems

fail, just and equitable.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Revised

Scheduling Order, answering papers are to be served and filed on or before December 28,

2007. Reply papers are to be served and filed on or before January 15, 2008.

Dated:  New York, New York
       December 7, 2007

Respectfully submitted,

FRIED & EPSTEIN LLP

By:_____
   John W. Fried (JF2667)

1350 Broadway, Suite 1400
New York, New York 10018
Tel.: (212) 268-7111

*Attorneys for Defendants,*
*Patricia Hennessey, Esq., and Cohen*
*Hennessey Bienstock & Rabin, P.C.,*
*f/k/a Cohen Hennessey & Bienstock P.C.*

To:   WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
      150 East 42nd Street
      New York, NY 10017-5639
      (212) 490-3000

      *Attorneys for Plaintiff*
      *Westport Insurance Corporation*