# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000, ext. 2517   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wemed.com

Mark K. Anesh, Esq.
A Member of the Firm
(212) 490-3000, ext. 2517

Email address
aneshm@wcmed.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 12/10/07**

**RECEIVED DEC 10 2007**
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

December 10, 2007

**VIA FACSIMILE:** (212) 805-7924

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Westport Insurance Corporation v. Patricia Hennessey, Esq., and Cohen, Hennessey, Bienstock & Rabin, P.C. f/k/a Cohen, Hennessey, Bienstock, P.C.,*
> Case No.: 07 Civ. 6726
> Our File No.: 05302.00249

Dear Judge Stein:

We represent the Plaintiff in the above referenced matter.

With the Defendants consent, we hereby request that the scheduling order for Plaintiff's motion for summary judgment and Defendants' cross-motion for partial summary judgment be revised as follows: (1) Plaintiff's reply papers in further support of its motion and its response to Defendants' cross-motion are due by January 11, 2008; and (2) Defendants' reply papers in further support of their cross-motion is due by February 1, 2008. *No further adjournments.*

SO ORDERED 12/10/07

SIDNEY H. STEIN
U.S.D.J.

3066460.1

Should you have any questions regarding the foregoing, please contact the undersigned.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Mark K. Anesh

JRW
cc:
Fried & Epstein LLP
1350 Broadway, Suite 1400
New York, New York 10018
Attention:    John W. Fried, Esq.

3066460.1

2