```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

STEIN 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westport Insurance Corporation,

                Plaintiff,

- Against -

Patricia Hennessey, et al.,

                Defendants.

: Case No. 1:2007 CV 06726 (SHS)
:
: SUBSTITUTION OF
: COUNSEL

---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 199 Water Street, New York, New York 10038, (212) 232-1300, is substituted as attorneys of record for plaintiff Westport Insurance Corporation, in place and stead of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as of the date hereof.

Dated: New York, New York
April 2, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: Mark K. Anesh
199 Water Street, 25th Floor
New York, NY 10038
(212) 232-1300

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File: 05302.00249

4822-7275-1618.1

Westport Insurance Corporation

By: _____
Jared Anderson, J.D.

SO ORDERED: 4/28/08

_____
Honorable Sidney H. Stein
United States District Judge