```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | : | 07 Civ. 6726 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| PATRICIA HENNESSEY, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY ORDERED that there will be a pretrial conference on August 14, 2008, at 11:30 a.m. for the Court to render a decision on the pending motions, unless a stipulation of dismissal is submitted by that date.

Dated: New York, New York
       July 31, 2008

                                               SO ORDERED:

                                               _____
                                               Sidney H. Stein, U.S.D.J.