UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESTPORT INSURANCE CORPORATION, :

                Plaintiff, :

    -against- :

PATRICIA HENNESSEY, *ET AL.*, :

                Defendants. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08

07 Civ. 6726 (SHS) (RLE)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**XX** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
      August 8, 2008

SO ORDERED:

Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.