```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESTPORT INSURANCE CORPORATION,    :    07 Civ. 6726 (SHS)

                Plaintiff,    :

     -against-    :    ORDER

PATRICIA HENNESSEY, *ET AL.*,    :

                Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that:

    1.    This action is being referred to Magistrate Judge Ronald L. Ellis for settlement purposes; and

    2.    The parties shall appear in Courtroom 18 D on August 12, 2008, at 2:30 p.m. for a settlement conference before Magistrate Judge Ellis.

Dated: New York, New York
       August 8, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.