```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WESTPORT INSURANCE CORPORATION,  :  07 Civ. 6726 (SHS)

                Plaintiff,  :

    -against-  :  ORDER

PATRICIA HENNESSEY, *ET AL.*,  :

              Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, plaintiff's motion for summary judgment [10] is denied, and defendants' motion for partial summary judgment [22] is granted;

    2.    The parties shall submit a proposed joint schedule for this litigation on or before September 16, 2008. If the parties cannot agree on a schedule, they shall notify the Court, in writing, of their respective positions;

    3.    Plaintiff's motion for reconsideration is due on or before September 12, 2008; and

    4.    Defendants' opposition to the motion for reconsideration is due 10 days after the motion is filed.

Dated: New York, New York
       September 2, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.