UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTPORT INSURANCE CORPORATION,

                Plaintiff,

-against-

PATRICIA HENNESSEY, ESQ., and COHEN,
HENNESSEY, BIENSTOCK & RABIN, P.C.
f/k/a COHEN, HENNESSEY, BIENSTOCK, P.C.,

                Defendants.
------------------------------------------------------------X

Case No.: 07 CIV 6726 (SHS) (RLE)

**NOTICE OF MOTION FOR
<u>RECONSIDERATION</u>**

        **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in support of Plaintiff's motion, and upon all of the proceedings heretofore had herein, Plaintiff WESTPORT INSURANCE CORPORATION will move this Court, Sidney H. Stein, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by this Court for an order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 6.3 of the United States District Courts for the Southern and Eastern Districts of New York granting Plaintiff's motion for reconsideration of this Court's Decision dated September 2, 2008, upon reconsideration, denying that portion of Defendants PATRICIA HENNESSEY, ESQ., and COHEN, HENNESSEY, BIENSTOCK & RABIN, P.C., /k/a COHEN, HENNESSEY, BIENSTOCK, P.C.'s motion for summary judgment seeking to recover the attorney's fees incurred in the defense of the instant declaratory judgment action, and granting Plaintiff such other and further relief as this Court may

4815-9181-9522.1

deem just and proper.

Dated: New York, New York
September 12, 2008

                                      Respectfully submitted,
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      Mark K. Arjesh (MKA-8303)
                                      Jamie R. Wozman (JRW-6742)
                                      *Attorneys for Defendant*
                                      WESTPORT INSURANCE CORPORATION
                                      199 Water Street, 25th Floor
                                      New York, New York 10038
                                      (212) 232-1300
                                      (212) 232-1399
                                      Our File No.: 50017-0277

To:    John W. Fried, Esq.
        *Attorneys for Defendants*
        PATRICIA HENNESSEY, ESQ., and COHEN,
        HENNESSEY, BIENSTOCK & RABIN, P.C.
        f/k/a COHEN, HENNESSEY, BIENSTOCK, P.C.,
        1350 Broadway, Suite 1400
        New York, New York 10018

4815-9181-9522.1